May Term,
1858.

JOHNSTON
v.
PITCHER.

(1) *Ante*, 325.

(2) Upon the points stated in the first four paragraphs of the syllabus, counsel for the appellants cited *Wilmshurst* v. *Bowker*, 40 E. C. L. 629; *Bradley* v. *Michael*, 1 Ind. R. 551; *Bloxam* v. *Saunders*, 4 B. & C. 941; Chit. Cont. p. 442; *Parker* v. *Rawlins*, 4 Bing. 280; Story on Cont. §§ 803, 804; *Heaston* v. *Colgrove*, 3 Ind. R. 265. Touching the measure of damages—Chit. Cont. p. 445, note 2, where numerous authorities are cited.

(3) Upon the points stated in the first four paragraphs of the syllabus, counsel for the appellee cited 1 Pars. Cont. 436, 442, 443; *Smith* v. *Dennie*, 6 Pick. 262; Chit. Cont. 269, 270, 341, 347, 348. Upon the point stated in the fifth paragraph—Chit. Cont. 332; 1 Pars. Cont. 436. Touching the measure of damages—Sedgw. Dam. 507, and numerous cases there cited.

---

## PERRY *v.* ENSLEY and Wife.

*Thursday,*
*June 3.*

(1) *Ante*, 256.
(2) *Post*.

---

## JOHNSTON *v.* PITCHER.

*Thursday,*
*June 3.*

APPEAL from the *Decatur* Circuit Court.

*Per Curiam.*—Suit upon the judgment of a justice of the peace.

Answer, the statute of limitations, of six years.

Demurrer to the answer overruled. Judgment for the defendant.

The appellant relies on the cases of *Reddington* v. *Julian et al.*, 2 Ind. R. 224, and *Barker* v. *Adams*, 4 *id.* 574.

The cases are not applicable. They were suits upon judgments in Courts of record, other than those of justices of the peace, and were governed by a different section of the statute, viz., § 121, p. 689, R. S. 1843. See *Stipp* v. *Brown*, 2 Ind. R. 647.

The case at bar is governed by § 101, p. 686, of the same statutes; and by that section, suits on justices' judgments must be brought within six years.

The judgment is affirmed with costs.

*J. S. Scobey* and *A. Brower*, for the appellant.

*J. Gavin* and *O. B. Hord*, for the appellee.